# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| PABLO RINCON-CARILLO, and PATRICIA VEGA,<br><br>             Plaintiffs,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,<br><br>             Defendants. | 2:16-cv-01411-APG-VCF<br>**ORDER** |

Before the court is the Pablo Rincon-Carillo, et al. vs. Federal National Mortgage Association, et al., case number 2:16-cv-01411-APG-VCF. A discovery plan and scheduling order has not been filed pursuant to Local Rule 26-1.

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 11:00 a.m., September 16, 2016, in courtroom 3D. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

DATED this 8th day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE